**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 24-1083**

―――――――――――――

LAURIE WILLIAMS,

Plaintiff - Appellant,

v.

JASON COLLIS; NORFOLK SOUTHERN RAILWAY COMPANY,

Defendants - Appellees.

―――――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:23-cv-00310-JAG)

―――――――――――――

Submitted:  April 18, 2024                    Decided:  April 22, 2024

―――――――――――――

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Laurie Williams, Appellant Pro Se.  Eli Jason Scott Mackey, SETLIFF LAW, PC, Glen Allen, Virginia, for Appellees.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laurie Williams appeals the district court's order dismissing her personal injury action with prejudice for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b). After Williams' counsel withdrew, the district court provided Williams two months to notify the court whether Williams intended to retain new counsel or proceed pro se. When Williams notified the court that she had not retained counsel but did not wish to proceed pro se, the court extended the deadline for Williams to comply. Williams, however, failed to comply with this order. Therefore, the court did not abuse its discretion in dismissing Williams' complaint with prejudice. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (discussing standard of review for Rule 41(b) dismissal). We therefore affirm the district court's order. *Williams v. Collis*, No. 3:23-cv-00310-JAG (E.D. Va. Jan. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2